## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER ELLEN WORK, | ) | Civil Action |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-00398-MBC |
| | ) | |
| EXCELA HEALTH, T/D/B/A FRICK | ) | |
| HOSPITAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, to wit, this _10_ day of May 2014, and upon consideration of *Defendant's Motion to Stay*, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is hereby GRANTED. The instant action is stayed and all pending deadlines, including the deadline for response to the Complaint, have been suspended until or unless the requirements of Federal Rule of Civil Procedure 25 have been satisfied.

BY THE COURT,

Maurice B. Cohill, Jr.