IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WORK, ADMINISTRATOR )<br>FOR THE ESTATE OF HEATHER )<br>ELLEN WORK, )<br>     )<br>   Plaintiff )<br>           vs. )<br>     )<br>EXCELA HEALTH, t/d/b/a )<br>FRICK HOSPITAL, )<br>     )<br>   Defendant. ) | Civil No. 14-398 |

## ORDER

And now, this 13th day of November, 2014, the Court having reviewed the video segment in question at http://www.excelahealth.org/newsroom/video-gallery.aspx, it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiff's discovery requests are reasonably calculated to lead to the discovery of admissible evidence such that Defendant's objections to Plaintiff's discovery requests are OVERRULED and Plaintiff's Motion to Compel is GRANTED.

It is further hereby ORDERED, ADJUDGED, and DECREED that Defendant will fully and completely produce the documents and things Requested in Plaintiff's Second Request for Production of Documents Number 1(a), (b), (c) and (d), and also will fully and completely provide answers to Plaintiff's Interrogatory No. 1 of her Second Interrogatories and Request for Production of Documents within 10 days of the date of this Order.

*Maurice B. Cohill Jr.*
Maurice B. Cohill, Jr.
Senior United States District Judge