IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL WORK, ADMINISTRATOR ) <br> FOR THE ESTATE OF HEATHER ) <br> ELLEN WORK, ) <br> ) <br> Plaintiff ) <br> vs. ) <br> ) <br> EXCELA HEALTH, t/d/b/a ) <br> FRICK HOSPITAL, ) <br> ) <br> Defendant. ) | Civil No. 14-398 |

## MEMORANDUM ORDER

And now, this 26th day of November, 2014, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Reconsideration of Order Allowing Plaintiff Leave to File Second Amended Complaint is DENIED.

Any trial is a search for truth, and we are therefore inclined to apply liberal interpretation to rules and motions which will enlighten the trier of fact, be it judge or jury. In this case, the search for truth is made more difficult because of the untimely death of Heather Ellen Work, just seven (7) days after the Complaint originally was filed. As such, we have concluded that there exists good cause to allow the Complaint in this action to be amended as requested.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge